UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTURO S. MEDRANO, #1894196, | ) | |
|     Petitioner, | ) | |
| vs. | ) | No. 3:20-CV-0860-B (BH) |
| | ) | |
| LORIE DAVIS, Director, | ) | |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions | ) | |
| Division, | ) | |
|     Respondent. | ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's August 4, 2020 notice of appeal (doc. 9) was tendered to prison officials for mailing on or before July 20, 2020, the last day for filing, and is therefore timely.

The Clerk of Court is **DIRECTED** to forward a copy of the magistrate judge's findings, conclusions and recommendation and a copy of this order to the United States Court of Appeals for the Fifth Circuit.

SIGNED this 4th day of December, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE